EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
TAMI M. WARWICK, State Bar No. 183925
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2394
 Fax: (916) 324-2960
 Email: Tami.Warwick@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYLVESTER CLARK,** | CIV S-07-0607 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD SUBIA, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including June 15, 2007, to file a response to Petitioner's petition for writ of habeas corpus.

DATED: May 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
clar0607.111ans

1