EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
TAMI M. WARWICK, State Bar No. 183925
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-2394
  Fax: (916) 324-2960
  Email: Tami.Warwick@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYLVESTER CLARK,** | CIV S-07-0607 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD SUBIA, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including July 16, 2007, to file a response to Petitioner's petition for writ of habeas corpus.

DATED: June 8, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
clar0607.111a

1