Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA  94610
(510) 452-3126

Attorney for Petitioner
Sylvester Clark, V-03268
Mule Creek State Prison
P.O. Box 409000
Ione, CA  95640

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYLVESTER CLARK,**<br><br>　　　　Petitioner,<br><br>　　v.<br><br>**RICHARD SUBIA, Warden,**<br><br>　　　　Respondent | **CIV S-07-0607 MCE DAD P**<br><br>**ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME** |

　　　Upon motion of Petitioner and for good cause shown, the deadline for filing Petitioner's Traverse to Respondent's Answer is extended until October 15, 2007.

DATED: August 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
Clar0607.111trav