Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA  94610
(510) 452-3126

Attorney for Petitioner
Sylvester Clark, V-03268
Mule Creek State Prison
P.O. Box 409000
Ione, CA  95640

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYLVESTER CLARK,** | **CIV S-07-0607 MCE DAD P** |
| **Petitioner,** | |
| **v.** | **ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME** |
| **RICHARD SUBIA, Warden,** | |
| **Respondent** | |

Upon motion of Petitioner and for good cause shown, the deadline for filing

Petitioner's Traverse to Respondent's Answer is extended until December 24, 2007.

IT IS SO ORDERED.

DATED:  December 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
clar0607.eot3